**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

JUN 0 9 2022

TAMMY H. DOWNS, CLERK
By:_____ 
**DEP CLERK**

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

v.                    **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                    **DEFENDANT**

## VERDICT COUNT 1

On the charge of conspiracy to commit wire fraud, mail fraud, or to violate the anti-kickback

statute, as set out in Count 1 of the Superseding Indictment and in Instruction Nos. 16–18, we the

jury find defendant Joe David May, also known as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____          6-9-22
FOREPERSON'S SIGNATURE          DATE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                                    **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                              **DEFENDANT**

### VERDICT COUNT 2

On the charge of wire fraud, on or about January 30, 2015, as set out in Count 2 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____          6-9-22
FOREPERSON'S SIGNATURE                     DATE

2

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**　　　　　　　　　　　　　　　**DEFENDANT**

## VERDICT COUNT 4

On the charge of wire fraud, on or about February 25, 2015, as set out in Count 4 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

\_\_\_X\_\_ Guilty

(mark an X next to the appropriate response)

_____　　　　6 - 9 - 2 2
FOREPERSON'S SIGNATURE　　　　　　　　DATE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                          **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                              **DEFENDANT**

## VERDICT COUNT 5

On the charge of wire fraud, on or about March 6, 2015, as set out in Count 5 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

\_\_X\_\_ Guilty

(mark an X next to the appropriate response)

_____

FOREPERSON'S SIGNATURE

6/9/22

DATE

4

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                      **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                         **DEFENDANT**

### VERDICT COUNT 6

On the charge of wire fraud, on or about March 13, 2015, as set out in Count 6 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

__X__ Guilty

(mark an X next to the appropriate response)

<br>

_____                          6-9-22
FOREPERSON'S SIGNATURE                          DATE

5

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                          **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                  **DEFENDANT**

## VERDICT COUNT 7

On the charge of wire fraud, on or about March 17, 2015, as set out in Count 7 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____          $\underline{\text{6 - 9-22}}$
FOREPERSON'S SIGNATURE                    DATE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                          **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                   **DEFENDANT**

## VERDICT COUNT 8

On the charge of wire fraud, on or about April 16, 2015, as set out in Count 8 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____
FOREPERSON'S SIGNATURE

$\underline{6 - 9 - 22}$
DATE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                              **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                               **DEFENDANT**

### VERDICT COUNT 9

On the charge of wire fraud, on or about April 20, 2015, as set out in Count 9 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

\_\_\_X\_\_\_\_ Guilty

(mark an X next to the appropriate response)

_____          6 - 9 - 2 2
FOREPERSON'S SIGNATURE                          DATE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                              **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                               **DEFENDANT**

### VERDICT COUNT 11

On the charge of wire fraud, on or about July 28, 2015, as set out in Count 11 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

\_\_X\_\_ Guilty

(mark an X next to the appropriate response)

_____                $6 - 9 - 22$
FOREPERSON'S SIGNATURE                          DATE

9

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                        **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                **DEFENDANT**

## VERDICT COUNT 12

On the charge of wire fraud, on or about July 29, 2015, as set out in Count 12 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

\_\_X\_\_\_ Guilty

(mark an X next to the appropriate response)

FOREPERSON'S SIGNATURE

$\underline{6-9-22}$
DATE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

### UNITED STATES OF AMERICA

**PLAINTIFF**

**v.**                          **Case No. 4:20-cr-00025-02 KGB**

### JOE DAVID MAY

**DEFENDANT**

### VERDICT COUNT 13

On the charge of wire fraud, on or about August 26, 2015, as set out in Count 13 of the Superseding

Indictment and in Instruction Nos. 19–20, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

\_\_X\_\_\_ Guilty

(mark an X next to the appropriate response)

_____          $\frac{6 - 9 - 22}{\text{DATE}}$
FOREPERSON'S SIGNATURE

11

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                          **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                  **DEFENDANT**

### VERDICT COUNT 14

On the charge of mail fraud, on or about February 26, 2015, as set out in Count 14 of the

Superseding Indictment and in Instruction Nos. 21–22, we the jury find defendant Joe David May,

also known as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____          6 - 9 - 22
FOREPERSON'S SIGNATURE                DATE

12

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                              **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                    **DEFENDANT**

### VERDICT COUNT 16

On the charge of mail fraud, on or about March 2, 2015, as set out in Count 16 of the Superseding

Indictment and in Instruction Nos. 21–22, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____                  6-9-22
FOREPERSON'S SIGNATURE                          DATE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                              **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                 **DEFENDANT**

## VERDICT COUNT 17

On the charge of mail fraud, on or about April 20, 2015, as set out in Count 17 of the Superseding

Indictment and in Instruction Nos. 21–22, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____          6-9-22
FOREPERSON'S SIGNATURE                    DATE

14

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                        **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                               **DEFENDANT**

## VERDICT COUNT 18

On the charge of mail fraud, on or about April 23, 2015, as set out in Count 18 of the Superseding

Indictment and in Instruction Nos. 21–22, we the jury find defendant Joe David May, also known

as Jay May

_____ Not Guilty

__X__ Guilty

(mark an X next to the appropriate response)

_____          6-9-22
FOREPERSON'S SIGNATURE                DATE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                      **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                                  **DEFENDANT**

## VERDICT COUNT 19

On the charge of violating the anti-kickback statute, as set out in Count 19 of the Superseding

Indictment and in Instruction No. 23, we the jury find defendant Joe David May, also known as

Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____          6-9-22
FOREPERSON'S SIGNATURE             DATE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY** **DEFENDANT**

## VERDICT COUNT 35

On the charge of aggravated identity theft, as set out in Count 35 of the Superseding Indictment

and in Instruction No. 24, we the jury find defendant Joe David May, also known as Jay May

_____ Not Guilty

\_\_X\_\_ Guilty

(mark an X next to the appropriate response)

---

FOREPERSON'S SIGNATURE

$\underline{\phantom{xx}6-9-22\phantom{xx}}$
DATE

17

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**v.**                          **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                          **DEFENDANT**

### VERDICT COUNT 36

On the charge of making a false statement to the Federal Bureau of Investigation ("FBI") as set

out in Count 36 of the Superseding Indictment and in Instruction No. 25, we the jury find defendant

Joe David May, also known as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____
FOREPERSON'S SIGNATURE

6 - 9 - 22
DATE

18

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**　　　　　　　　　　　　　　　**DEFENDANT**

### VERDICT COUNT 37

On the charge of falsifying records, as set out in Count 37 of the Superseding Indictment and in

Instruction Nos. 26–27, we the jury find defendant Joe David May, also known as Jay May

_____ Not Guilty

___X___ Guilty

(mark an X next to the appropriate response)

_____
FOREPERSON'S SIGNATURE

6 - 9 - 22
DATE

19

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                          **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                          **DEFENDANT**

### VERDICT COUNT 38

On the charge of altering records, as set out in Count 38 of the Superseding Indictment and in

Instruction Nos. 28–29, we the jury find defendant Joe David May, also known as Jay May

_____ Not Guilty

__X___ Guilty

(mark an X next to the appropriate response)

_____
FOREPERSON'S SIGNATURE

$\frac{6-9-22}{\text{DATE}}$

20

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**                                               **DEFENDANT**

## VERDICT COUNT 39

On the charge of falsifying records, as set out in Count 39 of the Superseding Indictment and in

Instruction Nos. 26–27, we the jury find defendant Joe David May, also known as Jay May

_____ Not Guilty

\_\_X\_\_ Guilty

(mark an X next to the appropriate response)

_____         4-9-22
FOREPERSON'S SIGNATURE                      DATE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**PLAINTIFF**

**v.**                    **Case No. 4:20-cr-00025-02 KGB**

**JOE DAVID MAY**

**DEFENDANT**

## VERDICT COUNT 40

On the charge of aggravated identity theft, as set out in Count 40 of the Superseding Indictment

and in Instruction No. 24, we the jury find defendant Joe David May, also known as Jay May

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

(mark an X next to the appropriate response)

_____
FOREPERSON'S SIGNATURE

$\underline{6 - 9 - 22}$
DATE