**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

v.                  **Case No. 4:20-cr-0025-02 KGB**

**JOE DAVID MAY**                                                                    **DEFENDANT**

**AMENDMENT TO JUDGMENT AND COMMITMENT ORDER**

Pending is the government's Rule 35 motion (Dkt. No. 273). For good cause shown, the motion is granted (Dkt. No. 273).

The Judgment and Commitment Order entered in this matter on April 19, 2023, (Dkt. No. 269) is hereby amended to be consistent with the sentence this Court announced from the bench and to reflect the following as to certain counts of conviction and criminal monetary penalties as to defendant Joe David May:

1. As to Counts 14 and 16-18 of the Superseding Indictment, Mr. May was convicted of aiding and abetting mail fraud in violation of 18 U.S.C. §§ 1341, 1343, and 2; and

2. Mr. May must pay a mandatory special assessment in the amount of $100.00 for each count of conviction for a total of $2,200.00; and

3. Mr. May must pay restitution in the amount of $4,637,322.09; and

4. The total criminal monetary penalties are $4,639,522.09; and

5. The total criminal monetary penalties, including but not limited to restitution, are due and payable immediately, with any unpaid balance due and owing on the following terms. During incarceration, payments will be 50 percent per month of all funds available to Mr. May. During residential re-entry placement, payments

will be ten percent of Mr. May's gross monthly income. Beginning the first month of supervised release, payments will be ten percent of Mr. May's gross monthly income.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 269) remain in full force and effect.

It is so ordered this 3rd day of May 2023.

_____
Kristine G. Baker
United States District Judge