# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8   **DATE:** 6/27/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 23-1890

**DISTRICT COURT NO.** 4:20-cr-00025-02-KGB

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: [280] Sealed Transcript
Volume and Date: [281] Sentencing Hearing
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

*************************************************************************
**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
Deputy Clerk