**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

v.                  Case No. 4:20-cr-00025-02 KGB

**JOE DAVID MAY**                                                                       **DEFENDANT**

## SECOND AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

Pending is the government's Rule 36 motion (Dkt. No. 301). For good cause shown, the motion is granted.

The Judgment and Commitment Order entered in this matter on April 19, 2023, (Dkt. No. 269) is hereby amended to be consistent with the sentence this Court announced from the bench and to reflect the following as to certain counts of conviction as to defendant Joe David May:

1. As to Count 19 of the Superseding Indictment, Mr. May was convicted of soliciting or receiving kickbacks in violation of 42 U.S.C. § 1320a-7b(b)(1)(B).

All other conditions set forth in the original Judgment and Commitment Order and Amended Judgment (Dkt. Nos. 269, 275) remain in full force and effect.

It is so ordered this 26th day of February 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge